IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-00136-LTB

TODD J. McNALLY,

    Plaintiff,

v.

MICHAEL CARNS,

    Defendant.

## JUDGMENT

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on March 24, 2017, it is hereby

ORDERED that Judgment is entered in favor of Defendant and against Plaintiff.

DATED at Denver, Colorado, this 24th day of March, 2017.

                FOR THE COURT,

                JEFFREY P. COLWELL, Clerk

                By: s/D. Kalsow
                      Deputy Clerk